**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO:**_____

MARLINE JOSEPH,                                **CLASS REPRESENTATION**

    Plaintiff,                             **JURY TRIAL DEMANDED**

v.

DIVIETO RISTORANTE, LLC,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, Divieto Ristorante, LLC ("Divieto"), by and through undersigned counsel, hereby files this Notice of Removal of the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, in which Court the action is now pending, to the United States District Court for the Southern District of Florida, and states:

**Introduction**

1.  Suit was commenced on or about September 14, 2021 against Divieto by Plaintiff Marline Joseph on behalf of a putative class of plaintiffs in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, entitled <u>Marline Jospeh v. Divieto Ristorante, LLC</u>, Case No. CACE-21-017283. The one (1) count Complaint seeks statutory damages pursuant to the Fair and Accurate Credit Transactions Act ("FACTA") amendment to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., ("FCRA").

2.  Divieto received attempted service of a Summons and Complaint on or about September 16, 2021. Divieto contests that service was properly made and does not waive the defense or improper service, or any other defense, in filing this notice of removal.

3. This Notice of Removal is timely filed within the period prescribed by 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days after receipt by Divieto through service[1] or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based. As noted above, service of process was attempted on September 16, 2021.

### Federal Question Jurisdiction

4. This lawsuit is a claim brought pursuant to the federal FACTA and FCRA statutes. The action is, therefore, a civil action of which this Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331, and one which may be removed by Defendant to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

### Compliance with Removal Procedures

5. In accordance with 28 U.S.C § 1446(a), copies of all process, pleadings and orders served upon Divieto or otherwise filed in this case are attached to this Notice of Removal as Exhibit "A."

6. As required by 28 U.S.C. § 1446(a) Divieto will promptly file a true and correct copy of the Notice of Removal in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, and will be served upon counsel for Plaintiff.

7. The United States District Court for the Southern District of Florida, Miami Division, is the district and division within which the state court action is pending.

### Preservation of Defenses

8. By filing this Notice of Removal, Divieto does not waive any defenses to the claims asserted by Plaintiff which may be available to it, nor does it concede that Plaintiff has stated any claim upon which relief can be granted.

---

[1] Divieto contests that there has yet to be proper service of a summons or complaint in this action.

**WHEREFORE**, Defendant, Divieto Ristorante, LLC, prays that the above action now pending against it in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, be removed therefrom to this Court, and that this Court take jurisdiction over this matter.

DATED, October 15, 2021.

        Respectfully submitted,

        By: */s/Frank A. Zacherl*
        Frank A. Zacherl, Esq.
        Florida Bar No. 868094
        FZacherl@shutts.com
        Nicholas H. Esser, Esq.
        Florida Bar No. 121832
        Nesser@shutts.com

        **SHUTTS & BOWEN LLP**
        200 South Biscayne Boulevard,
        Suite 4100
        Miami, FL  33131
        Telephone:  (305) 358-6300
        Facsimile:  (305) 381-9982
        LMFernandez@shutts.com
        *Attorneys for Defendant Divieto Ristorante, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2021, the foregoing document is being served on all counsel of record or pro se parties identified on the attached Service List via email.

        By: /s/Frank A. Zacherl

## SERVICE LIST

Manuel S. Hiraldo, Esq.
**HIRALDO P.A.**
Florida Bar NO. 030380
401 E. Las Olas Boulevard Suite 1400
Ft. Lauderdale, Florida 33301
Tel: (954) 400-4713
mhiraldo@hiraldolaw.com